## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   GLENN STONER                                    Case No.: 11-24371

§
§
§
§
§
§

                Debtor(s)

_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 06/09/2011.

2)   This case was confirmed on  N/A.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was dismissed on 10/03/2011.

6)   Number of months from filing to the last payment:  3

7)   Number of months case was pending:  8

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    46,000.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 2,304.22 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 2,304.22 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 892.93 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 66.69 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 959.62 |
| Attorney fees paid and disclosed by debtor | $ 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BAC HOME LOANS SERVI | SECURED | 25,239.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 4,954.00 | 5,024.95 | 4,954.00 | .00 | .00 |
| GMAC MORTGAGE | SECURED | 45,201.00 | 38,728.17 | .00 | .00 | .00 |
| DEUTSCHE BANK NATION | SECURED | .00 | .00 | .00 | .00 | .00 |
| BANKFINANCIAL FSB | SECURED | 80,000.00 | 77,686.55 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 81,500.00 | 70,763.93 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | 7,406.00 | NA | NA | .00 | .00 |
| US BANK NA | SECURED | 16,135.00 | 15,879.99 | 15,879.99 | 1,344.60 | .00 |
| MEADOWS CREDIT UNION | SECURED | 10,392.00 | 9,947.32 | 9,947.32 | .00 | .00 |
| CITY OF CHICAGO | SECURED | 374.00 | .00 | .00 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 374.00 | 290.00 | 290.00 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 498.08 | 507.20 | .00 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 498.08 | .00 | 507.20 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 758.70 | 766.02 | .00 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 758.70 | .00 | 766.02 | .00 | .00 |
| AMEX | UNSECURED | .00 | NA | NA | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | 733.46 | 733.46 | 733.46 | .00 | .00 |
| BAC HOME LOANS SERVI | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | .00 | NA | NA | .00 | .00 |
| BENEFICIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAC FINANCIAL GROUP | UNSECURED | 2,651.13 | NA | NA | .00 | .00 |
| CARMAX AUTO FINANCE | UNSECURED | 5,459.00 | 6,477.27 | 6,477.27 | .00 | .00 |
| CBE GROUP | UNSECURED | 2,116.51 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHASE BANK USA | UNSECURED | 12,271.00 | 12,271.03 | 12,271.03 | .00 | .00 |
| CHASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BP | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITI RETAIL SVCS | UNSECURED | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 2,004.03 | 4,419.30 | 4,419.30 | .00 | .00 |
| CONSECO FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 1,381.06 | 1,381.06 | 1,381.06 | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 10,137.83 | 10,137.83 | 10,137.83 | .00 | .00 |
| EQUICREDIT CORPORATI | UNSECURED | .00 | NA | NA | .00 | .00 |
| EXXONMOBILE CITI | UNSECURED | 2,116.00 | NA | NA | .00 | .00 |
| FIRST USA BANK NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| FNB OMAHA | UNSECURED | .00 | NA | NA | .00 | .00 |
| FNB OMAHA | UNSECURED | .00 | NA | NA | .00 | .00 |
| GDYR/CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |
| GE MONEY BANK | UNSECURED | 2,651.00 | 2,651.13 | 2,651.13 | .00 | .00 |
| GEMB/JCP | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/JCP | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/SAMS CLUB | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/WALMART | UNSECURED | .00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | NA | NA | NA | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | .00 | NA | NA | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | .00 | NA | NA | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC/BEST BUY | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC/CARSONS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 1,423.98 | 1,423.98 | .00 | .00 |
| GEMB/JC PENNY | UNSECURED | 2,430.63 | NA | NA | .00 | .00 |
| MCYDSNB | UNSECURED | 1,381.00 | NA | NA | .00 | .00 |
| MCYDSNB | UNSECURED | .00 | NA | NA | .00 | .00 |
| MCYDSNB | UNSECURED | .00 | NA | NA | .00 | .00 |
| MEADOWS CREDIT UNION | UNSECURED | 1,000.00 | 1,003.36 | 1,003.36 | .00 | .00 |
| MEADOWS CREDIT UNION | UNSECURED | .00 | NA | NA | .00 | .00 |
| MEADOWS CREDIT UNION | UNSECURED | .00 | NA | NA | .00 | .00 |
| MEADOWS CREDIT UNION | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC MENARDS | UNSECURED | 1,423.98 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NBGL CARSONS | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,612.82 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,321.00 | 1,397.79 | 1,397.79 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 10,776.04 | 11,171.10 | 11,171.10 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 7,077.77 | 13,676.07 | 13,676.07 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 7,938.12 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 7,938.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 7,078.00 | NA | NA | .00 | .00 |
| VILLAGE OF MIDLOTHIA | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 200.00 | 450.00 | 450.00 | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| SEARS/CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |
| SPRINGLEAF FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| SPRINGLEAF FIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| SPRINGLEAF FIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| TARGET | UNSECURED | .00 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | 1,287.00 | NA | NA | .00 | .00 |
| UNITED RECOVERY SYST | UNSECURED | 1,227.93 | NA | NA | .00 | .00 |
| VISDSNB | UNSECURED | 10,138.00 | NA | NA | .00 | .00 |
| WENDOVER FUNDING INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFDS/WDS | UNSECURED | NA | NA | NA | .00 | .00 |
| WFFINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFM/WBM | UNSECURED | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,380.98 | 4,419.30 | 4,419.30 | .00 | .00 |
| BERNICE COBBIN | OTHER | .00 | NA | NA | .00 | .00 |
| DUANE SPEAR | OTHER | .00 | NA | NA | .00 | .00 |
| JOHNNY & LENORA LUCA | OTHER | .00 | NA | NA | .00 | .00 |
| RHONDA STONER | OTHER | .00 | NA | NA | .00 | .00 |
| CHERYL STONER | OTHER | .00 | NA | NA | .00 | .00 |
| CHERYL STONER | OTHER | .00 | NA | NA | .00 | .00 |
| CHERYL STONER | OTHER | .00 | NA | NA | .00 | .00 |
| CHERYL STONER | OTHER | .00 | NA | NA | .00 | .00 |
| CHERYL STONER | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | NA | 221.59 | .00 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | NA | .00 | 221.59 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | NA | .00 | 3,937.50 | .00 | .00 |
| BANKFINANCIAL FSB | SECURED | NA | .00 | 1,265.00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 18,326.05 | .00 | .00 | .00 |
| GMAC MORTGAGE | SECURED | NA | 10,313.62 | .00 | .00 | .00 |
| GMAC MORTGAGE LLC | OTHER | .00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | 4,954.00 | .00 | .00 |
| Mortgage Arrearage | 5,202.50 | .00 | .00 |
| Debt Secured by Vehicle | 25,827.31 | 1,344.60 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 35,983.81 | 1,344.60 | .00 |
|  |  |  |  |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
|  |  |  |  |
| **GENERAL UNSECURED PAYMENTS:** | 73,397.49 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 959.62 |
| Disbursements to Creditors | $ | 1,344.60 |
| **TOTAL DISBURSEMENTS:** | $ | 2,304.22 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/25/2012          /s/ Tom  Vaughn
Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**